

333 EARLE OVINGTON BOULEVARD, SUITE 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600
F: 516-282-7878

January 28, 2025

*File motion for default by February 21, 2025*

**Via ECF**
Hon. P. Kevin Castel
U.S. District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

Conference Adjourned
From: Jan 31, 2025
To: 3/28/25 at 12 p.m.
SO ORDERED:
/s/ P. Kevin Castel, U.S.D.J.
Date: 1-28-25

Re:   *Jeenah Moon v. World Trade Art Gallery Inc*
      Docket No: 1:24-cv-08785-PKC

Dear Judge P. Kevin Castel:

We are the attorneys for Plaintiff in this matter and write to the Court respectfully to adjourn the Initial Conference on this matter scheduled for January 31, 2025 at 11:00am pending the filing of a Motion for Default Judgment.

   i.   There are no been any prior requests for extensions on this matter to date.

   ii.  Defendant has not appeared on the matter to date.

   iii. The Docket No: 1:24-cv-08785-PKC

   iv.  The Clerk's Certificate of Default was filed on January 13, 2025 (Document No. 11) and mailed to Defendant thereafter.

Thank you for your consideration of this request.

Respectfully submitted,

*/s Craig B Sanders*
Craig B Sanders